UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

DIVINA BIGLER,

    Plaintiff,

v.     Case No.:  2:23-cv-946-SPC-KCD

SANOFI-AVENTIS U.S. LLC and
SANOFI US SERVICES INC,

    Defendants.
_____/

## ORDER

The United States District Court for the Eastern District of Louisiana remanded this action to this Court from the *In re: Taxotere (Docetaxel) Products Liability Litigation*, MDL No. 2740. The Parties must observe and comply with the instructions prescribed by this Order.

**JOINT STATEMENT**: For the sake of efficiency, the Court directs the Parties to confer and file a joint statement regarding the following issues:

    1.    An explanation of the MDL remand order to the extent the remand order specifically applies to the instant case;

    2.    The status of discovery and what further discovery (if any) remains;

3. The status of any motion practice, including any motions that the transferor court previously resolved, any pending motions, and whether further motions are necessary;

4. The status of any mediation/settlement efforts to date;

5. A proposed trial date and deadline for dispositive and *Daubert* motions; and

6. Any remaining issues the Court should address in fashioning an appropriate Case Management and Scheduling Order.

To the extent the Parties disagree on any of these matters, the basis for the disagreement should be briefly noted and the Court will thereafter determine how to proceed. The joint statement shall be filed **no later than December 15, 2023**. After the Court reviews the joint statement, it will enter a scheduling order or set a status conference to address outstanding issues. No party may seek discovery from any source before the Court enters a scheduling order.

**DISCLOSURE STATEMENT**: This Court screens every case to identify parties and interested corporations in which any assigned judge may be a shareholder or otherwise have an interest, as well as for other matters that might require consideration of recusal. Accordingly, no later than **fourteen (14) days** from the date of this Order, each party shall file the a **Disclosure Statement and Certification** as required under Local Rule 3.03.

Any party or entity that appears after the date of this Order must file the Disclosure Statement within **fourteen (14) days** of appearance.

To assist the Court in determining when a conflict of interest may exist, particularly when ruling on matters formally assigned to another judge, each party shall use the full caption of the case, including the names of all parties and intervenors on all motions, memoranda, papers, and proposed orders submitted to the Clerk. *See* Fed. R. Civ. P. l0(a).

**ELECTRONIC FILING**: Under Local Rule 2.0l(b)(l)(G), all attorneys appearing before this court are required to register for CM/ECF docketing within **fourteen (14) days** of their entry of appearance in any action pending before this Court. Counsel are directed to the website located at www.flmd.uscourts.gov under "CM/ECF" where they are to request their password from the Court. (Note: pro se parties are exempt from the electronic filing requirement.)

In addition to the foregoing requirements, parties are advised to consult and adhere to the Local Rules with regards to filing requirements and deadlines, which will be strictly enforced.

**ORDERED** in Fort Myers, Florida on November 20, 2023.

Kyle C. Dudek
United States Magistrate Judge

3